# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RACHEL HOWARD, as Executrix of the**
**Estate of C.R. Howard, deceased**                                        **PLAINTIFF**

**v.**                      **Case No. 4:16-cv-00687-KGB**

**USA**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered in this matter on this date, the Court dismisses with prejudice Plaintiff Rachel Howard's, executrix of the estate of C.R. Howard, claims against the United States of America.

So adjudged this 31st day of March, 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge